# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hansel Melgar, | No. CV-23-00406-TUC-JCH (EJM) |
| Plaintiff, | **ORDER** |
| v. | |
| Sunrise Restaurants LLC, et al., | |
| Defendants. | |

Before the Court is the parties' "Stipulation for Dismissal with Prejudice," Doc. 20, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* at 1. There is nothing for this Court to do other than to ensure the Clerk of the Court terminates the action. *See American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999).

Accordingly,

**IT IS ORDERED DIRECTING** the Clerk of the Court to dismiss this case with prejudice, each party to bear its own costs and fees.

Dated this 21st day of May, 2024.

John C. Hinderaker
United States District Judge